**THE MCDANIEL LAW FIRM, PC**
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff Baseprotect UG, Ltd.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD., a German Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>           Defendants. | Civ. Action. No.<br><br><br><br>**RULE 7.1 DISCLOSURE** |

The undersigned counsel for Plaintiff Baseprotect UG, Ltd. certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

DATED:  June 23, 2011                        **THE MCDANIEL LAW FIRM, P.C.**

                                             By: _____
                                                  Jay R. McDaniel, Esq.
                                                  *Attorneys for Plaintiff Baseprotect UG, Ltd.*