# Steiner & Wright S.C.

Erwin H. Steiner
Brian H. Wright **
Eric J. Winkler
Attorneys at Law
2522 Golf Road, Suite 3
Eau Claire, WI 54701

Telephone: (715) 832-2040
Fax: (715) 832-4234

** Also admitted in Minnesota and Colorado

RECEIVED

September 1, 2011

SEP 07 2011

AT 8:30
WILLIAM T. WALSH, CLERK

Clerk of Court
United States District Court
District of New Jersey
U.S. Courthouse
50 Market Street, Room 4015
Newark, NJ 07101

RE: BASEPROTECT UG, LTD. v. JOHN DOES 1-X
Civ. Action No. 2:11-CV-03621 (DNC)(MF)

Dear Clerk:

On behalf of one of John Does 1-X, we submit this objection to the subpoena issued to Charter Communications, Inc., re ISP account number 66.188.233.71.

A copy of this objection is being served by facsimile upon Charter Communications, Inc. and the attorneys for plaintiff.

I wish to note that I am admitted to the state bar in Wisconsin, and the District Courts for the Eastern and Western Districts of Wisconsin, and the Court of Appeals for the Seventh Circuit. I am not admitted in the District Court for New Jersey. If this is a problem, please advise.

Sincerely,

Erwin H. Steiner
EHS/ks

cc: Charter Communications, Inc. – Legal Department, 12405 Powerscourt Drive, St. Louis, MO 063131 @ Fax: 314-909-0609

The McDaniel Law Firm, PC, 54 Main Street, Hackensack, NJ 07601 @ Fax: 201-845-3777 Attention: Bonnie C. Park, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BASEPROTECT UG, LTD., a German Corporation,

        Plaintiff,

v.

JOHN DOES 1-X (such persons being presently unknown),

        Defendants.

Civ. Action No. 2:11-CV-03621(DMC)(MF)

**OBJECTION BY ONE OF JOHN DOES 1-X TO SUBPOENA TO CHARTER COMMUNICATIONS, INC.**

JOHN DOE 1-X hereby objects to Charter Communications producing the name and physical address of the Internet account owner of IP Address 66.188.233.71.

The undersigned has submitted this objection on behalf of the account holder solely to protect the anonymous status of the account holder.

Dated this 1st day of September, 2011.

        STEINER & WRIGHT, SC

        _____
        By: Erwin H. Steiner, Attorney for John Doe 1-X
        Wisconsin State Bar No. 1012415
        Member: District Courts for Eastern & Western
        Districts of Wisconsin and Court of Appeals for the
        Seventh Circuit
        2522 Golf Road, Suite 3
        Eau Claire, WI 54701
        Phone: 715-832-2040
        Fax: 715-832-4234

I hereby certify that on September 1, 2011, I served an exact copy of the within document on plaintiff's counsel of record by facsimile and mail pursuant to Rule 5, F.R., Civ. P.

By: _____
Kristine B. Steiner/Steiner & Wright, SC