**THE MCDANIEL LAW FIRM, PC**
54  Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff Baseprotect UG, Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD., a German Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>            Defendants. | Civ. Action. No. 2:11-cv-03621(CCC)(JAD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>AS TO **IP ADDRESS 24.42.110.103** ONLY<br>**WITHOUT PREJUDICE** |

Plaintiff **BASEPROTECT UG, LTD.**, by its undersigned attorney, hereby voluntarily dismisses, without prejudice, the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1) as to the defendant identified by Internet Protocol address 24.42.110.103 **ONLY**.  No answer or motion for summary judgment has been served in this action by this defendant.

DATED: September 22, 2011          **THE MCDANIEL LAW FIRM, P.C.**

                                                       By: _____
                                                              Jay R. McDaniel, Esq.
                                                              *Attorneys for Plaintiff Baseprotect UG, Ltd.*