**THE MCDANIEL LAW FIRM, PC**
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff Baseprotect UG, Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD., a German Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>　　　　　Defendants. | Civ. Action. No. 2:11-cv-03621(CCC)(JAD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO IP ADDRESS 24.42.89.124 ONLY WITHOUT PREJUDICE** |

　　　　Plaintiff **BASEPROTECT UG, LTD.**, by its undersigned attorney, hereby voluntarily dismisses, without prejudice, the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1) as to the defendant identified by Internet Protocol address 24.42.89.124 **ONLY**. No answer or motion for summary judgment has been served in this action by this defendant.

DATED: September 22, 2011　　　　　　**THE MCDANIEL LAW FIRM, P.C.**

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Jay R. McDaniel, Esq.
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Baseprotect UG, Ltd.*