**THE MCDANIEL LAW FIRM, PC**
54  Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff Baseprotect UG, Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD., a German Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>    Defendants. | Civ. Action. No. 2:11-cv-03621(CCC)(JAD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO IP ADDRESS 67.174.7.166 ONLY WITHOUT PREJUDICE** |

  Plaintiff **BASEPROTECT UG, LTD.**, by its undersigned attorney, hereby voluntarily dismisses, without prejudice, the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1) as to the defendant identified by Internet Protocol address 67.174.7.166 **ONLY**.  No answer or motion for summary judgment has been served in this action by this defendant.

DATED: October 26, 2011    THE MCDANIEL LAW FIRM, P.C.

          By: *[signature]*
            Jay R. McDaniel, Esq.
            *Attorneys for Plaintiff Baseprotect UG, Ltd.*

DATED:

            _____
            Hon. Joseph A. Dickson, U.S.M.J.