# THE MCDANIEL LAW FIRM, PC

54 MAIN STREET
HACKENSACK, NJ 07601
(201) 845-3232
(201) 845-3777 FAX

WWW.MCDLAWPC.COM

EMPIRE STATE BUILDING
350 FIFTH AVENUE, 59TH FLOOR
NEW YORK, NY 10118
(212) 514-8080
(212) 514-8282 FAX

BONNIE C. PARK
ADMITTED IN NJ & NY
BCPARK@MCDLAWPC.COM

PLEASE REPLY TO
NEW JERSEY OFFICE

October 31, 2011

**VIA ECF & NEW JERSEY LAWYERS SERVICE**

Hon. Joseph A. Dickson, U.S.M.J.
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE: Baseprotect UG, Ltd. v. John Does 1-X
Civil Action No. 11-CV-03621 (CCC)(JAD)

Dear Judge Dickson:

We represent Plaintiff Baseprotect UG, Ltd. in the above-referenced matter. We write in further response to the following motions filed by several John Does:

| John Doe Defendant Motion[1] ECF Document Number: | Baseprotect's Response ECF Document Number: |
|---|---|
| 11 | 27 |
| 21 | 33 |
| 40 | 46 |
| 41 | 47 |
| 59 | 63 |
| 68 | 74 |
| 69 | 75 |
| 77 | 78 |

---

[1] In reviewing these motions, the Court will see that many of the motion papers for these movants are virtually identical. It appears that the movants are cutting and pasting a template motion from a blog post found on dietrolldie.wordpress.com.

Hon. Joseph A. Dickson, U.S.M.J.
October 31, 2011
Page 2

These movants do not disclose either their names or Internet Protocol (IP) addresses, by which they are identified in the Complaint. The foregoing motion papers seem to bear the same language, requesting in passing that the matter be dismissed.

We continue to find ourselves in a quandary about how to respond. We have previously withdrawn subpoenas and dismissed a number of defendants without prejudice, but can neither reply, nor consent, to the relief requested without additional information. The purpose of this letter is to ensure that there is nothing else we should be doing.

We realize that the Court may simply have no way to contact these individuals or otherwise address these applications. If there is any other action that we should be taking, please advise.

In sum, we reiterate our request that the Court require the movants to disclose their IP addresses as it relates to allowing us to file Notices of Voluntary Dismissal. Thank you for your attention to this matter.

Respectfully submitted,

*Bonnie C. Park*

**Bonnie C. Park**