**THE MCDANIEL LAW FIRM, PC**
54  Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff Baseprotect UG, Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD., a German Corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>                    Defendants. | Civ. Action. No. 2:11-cv-03621(CCC)(JAD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**AS TO IP ADDRESS 71.236.84.167 ONLY**<br>**WITHOUT PREJUDICE** |

Plaintiff **BASEPROTECT UG, LTD.**, by its undersigned attorney, hereby voluntarily dismisses, without prejudice, the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1) as to the defendant identified by Internet Protocol address 71.236.84.167 **ONLY**.  No answer or motion for summary judgment has been served in this action by this defendant.

DATED: November 4, 2011            **THE MCDANIEL LAW FIRM, P.C.**

                                   By: _____
                                   Jay R. McDaniel, Esq.
                                   *Attorneys for Plaintiff Baseprotect UG, Ltd.*

DATED:

                                   _____
                                   Hon. Joseph A. Dickson, U.S.M.J.