# THE MCDANIEL LAW FIRM, PC

54 MAIN STREET
HACKENSACK, NJ 07601
(201) 845-3232
(201) 845-3777 FAX

WWW.MCDLAWPC.COM

EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 3304
NEW YORK, NY 10118
(212) 514-8080
(212) 514-8282 FAX

JAY R. MCDANIEL
ADMITTED IN NJ & NY
JRMCDANIEL@MCDLAWPC.COM

PLEASE REPLY TO
NEW JERSEY OFFICE

February 3, 2012

**VIA ECF & NEW JERSEY LAWYERS SERVICE**

The Honorable Joseph A. Dickson
United States Magistrate Judge
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    Baseprotect UG, Ltd. v. John Does 1-X (*Weekend*)
             Civ. Action No. 2:11-cv-03621(CCC)(JAD)

Dear Judge Dickson:

    We have received a Motion to Quash a Subpoena issued to the movant's Internet Service Provider with reference to information associated with the movant's Internet account and to Dismiss the above-referenced case against the movant (ECF Document No. 120). The movant has not included his or her Internet Protocol (IP) address in the moving papers.

    We are prepared to withdraw the subpoena insofar as information is sought related to this particular account and submit a Notice of Voluntary Dismissal without Prejudice in relation to this movant. We are unable to effectuate this process without the movant's IP address. We do not require that the movant provide other personally identifiable information, but the IP address is necessary to communicate with the Internet Service Provider and to identify the movant among the other defendants.

    Therefore, we request that this Court enter an order compelling the movant to disclose their IP address. We have enclosed a proposed form of order for the Court's convenience.

Respectfully submitted,

*[signature]*

**Jay R. McDaniel**