**THE MCDANIEL LAW FIRM, PC**
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff Baseprotect UG, Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD., a German Corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>           Defendants. | Civ. Action. No. 2:11-cv-03621(CCC)(JAD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO IP ADDRESS 66.30.90.201 ONLY WITHOUT PREJUDICE** |

Plaintiff **BASEPROTECT UG, LTD.**, by its undersigned attorney, hereby voluntarily dismisses, without prejudice, the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1) as to the defendant identified by Internet Protocol address 66.30.90.201 **ONLY**. No answer or motion for summary judgment has been served in this action by this defendant.

DATED: April 1, 2012           **THE MCDANIEL LAW FIRM, P.C.**

                                       By: _____
                                           Jay R. McDaniel, Esq.
                                           *Attorneys for Plaintiff Baseprotect UG, Ltd.*

DATED:

                                           _____
                                           Hon. Joseph A. Dickson, U.S.M.J.