**THE MCDANIEL LAW FIRM, PC**
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff Baseprotect UG, Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD., a German Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>  Defendants. | Civ. Action. No. 2:11-cv-03621(CCC)(JAD)<br><br>**ORDER** |

**THIS MATTER**, having been brought before the Court by way of a Notice of Motion pursuant to Fed. R. Civ. P. 45, seeking to quash a Subpoena issued to Comcast Communications, Inc. to the extent that it requires the release of information pertaining to the Movant, who is identified in the Subpoena by Internet Protocol (IP) address 174.52.177.89, (ECF 77) for a protective order, and to dismiss the action, and Plaintiff Baseprotect UG, Ltd. having withdrawn the Subpoena insofar as it seeks information related to this IP address and voluntarily dismissed the movant, the Court having considered the papers submitted by the parties and for good cause shown,

**IT IS** on this __27__ day of __April__, 2012 **ORDERED THAT:**

1.  The motion is denied as the relief sought by the Movant in quashing the Subponea and for a protective order is moot due to Plaintiff's withdrawal of the Subpoena;

2. The motion is denied as the relief sought by the Movant in dismissing the action is moot due to Plaintiff's filing a Notice of Voluntary Dismissal; and

3. Plaintiff's counsel shall serve a copy of this Order on the Movant within seven (7) days of receipt.

DATED: 4/27/12

_____
The Hon. Joseph A. Dickson, U.S.M.J.