**THE MCDANIEL LAW FIRM, PC**
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff*
*BASEPROTECT UG, LTD.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD.,<br><br>             Plaintiff,<br><br>        v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>             Defendants. | Civ. Action. No. 2:11-cv-3621(CCC)(JAD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO ALL REMAINING DEFENDANTS WITHOUT PREJUDICE** |

Plaintiff **BASEPROTECT UG, LTD.**, by its undersigned attorney, hereby voluntarily dismisses, without prejudice, the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1) as to all defendants remaining in the case. No answer or motion for summary judgment has been served in this action by any defendant.

DATED: February 27, 2013            **THE MCDANIEL LAW FIRM, P.C.**

                                  By: _____
                                       Jay R. McDaniel, Esq.

DATED:

                                  _____
                                  Hon. Claire C. Cecchi, U.S.D.J.